**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERMAINE SHOCKLEY** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-3849** |
| | : | |
| **RANDY IRWIN, ET AL.** | : | |

**ORDER**

This 23rd day of September, 2026, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, with no objections having been filed, it is hereby **ORDERED** that:

1. The Report and Reaccommodation is **APPROVED and ADOPTED**;
2. The Petition for a Writ of Habeas Corpus is **DISMISSED and DENIED**, without an evidentiary hearing; and
3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge